**Byron Eugene JOHNSON,
Plaintiff—Appellant,**

v.

**R. COX, M.D.; et al., Defendants—
Appellees.**

**No. 08–17149.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Nov. 1, 2011.

Byron Eugene Johnson, Susanville, CA, pro se.

Oliver Robert Lewis, Deputy Attorney General, AGCA–Office of the California

---

*See* Fed. R.App. P. 34(a)(2).

Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM [**]

Byron Eugene Johnson, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Johnson failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to his knee and leg problems. *See id.* at 1057–58 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health and safety; negligence and a mere difference in medical opinion are insufficient); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir.1989) ("Liability under section 1983 arises only upon a showing of personal participation by the defendant.").

Johnson's remaining contentions are unpersuasive.

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).